# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Ricky O. Buckner
D. W. C. C. H/3/B DOC No. 319340
670 Bell Hill Road
Homer LA 71040

## REHEARING ACTION: January 21, 2015

**Docket Number: 14   00679-CA**

**STATE OF LOUISIANA**
**VERSUS**
**RICKY O. BUCKNER**

**Appealed from Rapides Parish Case No. 254,284**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ricky O. Buckner** has this day been

    **DENIED.**

cc: Monique Yvette Metoyer, Counsel for the Appellee